7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Laurine Kay Calvert
**Debtor**

*Bankruptcy Case No.*
11–50285–can7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
11–05026–can

v.

**Laurine Kay Calvert**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: that judgment be entered in favor of the Defendant on each count of Plaintiff's complaint, the discharge order to be entered forthwith.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                                                              Ann Thompson
                                                             Court Executive

                                                             By: /s/ Jamie McAdams
                                                                 Deputy Clerk

Date of issuance: 5/30/13

Court to serve